# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES THOMPSON, JOSHUA BRISBIN, and WILLIAM MEINERS, individually and on behalf of others similarly situated, | ) ) ) ) ) | Case No. 1:17-cv-1123 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Samuel Der-Yeghiayan |
| THANKFULLY LIVING CHRISTIAN, LLC and DAVID TROTTER, | ) ) ) ) | Magistrate Judge Michael Mason |
| Defendants. | ) | |

## ORDER OF APPROVAL OF SETTLEMENT AND ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Parties' Joint Motion for Court Approval of Settlement and Dismissal of Complaint, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court grants the Parties' Joint Motion for Court Approval of Settlement.

2. After having reviewed the terms and conditions hereof, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Illinois Minimum Wage Law and the Fair Labor Standards Act.

3. The lawsuit is hereby **DISMISSED WITH PREJUDICE** with each party to bear his or its own attorneys' fees and costs except as otherwise agreed.

**DONE AND ORDERED** this 9th day of August, 2017.

_____
Judge Samuel Der-Yeghiayan